

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00846-CR

Daniel Moreno **LOPEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR8174A
Honorable Ron Rangel, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is
AFFIRMED.

SIGNED September 4, 2019.

_____
Rebeca C. Martinez, Justice